IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AKEBIA THERAPEUTICS, INC. and OTSUKA AMERICA PHARMACEUTICAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> FIBROGEN, INC. and ASTRAZENECA AB, <br><br> Defendants. | Civil Action No. 21-464-CFC |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Akebia Therapeutics, Inc. and Otsuka America Pharmaceutical, Inc. hereby voluntarily dismiss their declaratory judgment complaint without prejudice before Defendants FibroGen, Inc. and AstraZeneca AB have answered the complaint or filed a motion for summary judgment.

1

| | |
|---|---|
| Dated: April 5, 2022 | Respectfully submitted,<br><br>FARNAN LLP<br><br>*/s/ Brian E. Farnan*<br>Joseph J. Farnan, Jr. (Bar No. 100245)<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 N. Market Str., 12th Floor<br>Wilmington, DE 19801<br>Tel: (302) 777-0300<br>Fax: (302) 777-0301<br>farnan@farnanlaw.com<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Counsel for Plaintiffs Akebia Therapeutics, Inc. and Otsuka America Pharmaceutical, Inc.* |